### THE STATE v. OMEIG ET. AL.

*Appeal from Woodbury District Court.*

FRIDAY, OCTOBER 22.

DEFENDANTS were indicted for keeping a nuisance, in that they did keep and maintain a building wherein they sold intoxicating liquors in violation of law. From a judgment and sentence upon a verdict of guilty, they appeal. Another defendant indicted with them was acquitted.

No appearance for appellants.

*J. F. McJunkin, Attorney General,* for the State.

· BECK, J.—I.   There is no bill of exceptions or certificate of the judge who tried the cause, setting out the evidence.   We cannot, therefore, inquire whether the verdict is sufficiently supported by the testimony.

II.· No errors are assigned, and our attention has not been called in any manner to objections to the proceedings disclosed in the record.   We have, however, given it careful consideration, and find no errors.   The judgment is

AFFIRMED.